MELVIN REID
1665 Golden Gate, Apt. 2
San Francisco, CA 94115

Plaintiff in Pro Per

RECEIVED
2011 FEB -4 A 10: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN REID, | CIVIL NO. 3:10-CV-04279-RS |
| Plaintiff, | STIPULATION EXTENDING TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

The parties hereto, by and through their undersigned attorneys hereby stipulate that Plaintiff, Melvin Reid, shall have an additional ninety days, through May 26, 2011, in which to file and serve a motion for summary judgment or remand in this action. This extension is necessary to permit Plaintiff to find an attorney to represent him in this matter.

The parties further stipulate that the Commissioner shall have an additional fourteen days, through February 16, 2011, in which to serve the administrative record on Plaintiff.

Dated: 2/3/11         By: /s/ Melvin Reid
                          Plaintiff in Pro Per

Dated: 2/3/11         By: _____
                          Special Assistant United States Attorney

1
STIPULATION EXTENDING TIME; CASE NO. 3:10-CV-04279-RS

1 | **SO ORDERED**
2 | Dated: 2/14/11

By: /s/ Richard Seeborg
United States District Judge

27 | 2
28 | STIPULATION EXTENDING TIME; CASE NO. 3:10-CV-04279-RS